# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD RASBERRY, | No. CV 15-5555-RGK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, AND PROSECUTION, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice as unexhausted and unverified, and/or for failure to prosecute and to follow court orders.

DATED: 1/13/16

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE